IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MERIT SELECTION PANEL REGARDING THE APPOINTMENT OF A FULL-TIME UNITED STATES MAGISTRATE JUDGE | STANDING ORDER NO. 2026-05 |

## STANDING ORDER

AND NOW, this 30th day of July 2026, in accordance with the guidelines established by the Judicial Conference of the United States regarding the appointment of United States Magistrate Judges, a merit selection panel is hereby established to make a recommendation to the Court on the appointment of a full-time Magistrate Judge for the Middle District of Pennsylvania at Harrisburg, Pennsylvania.

The Judges of the United States District Court for the Middle District of Pennsylvania have endorsed the following persons to serve on the Merit Selection Panel:[1]

Justin G. Weber, Esquire -- Chairman
Matthew M. Haar, Esquire
Jayson R. Wolfgang, Esquire
Amanda R. Gaynor, Esquire
T. Korey Leslie, Esquire
William H. Alexander
Shaun T. Eng

The Panel shall make a final report to this Court by August 28, 2026.

BY THE COURT:

Matthew W. Brann
Chief United States District Judge

---

[1] In order for a merit selection panel member to be considered for a magistrate judge position, one year must have elapsed between the application deadline for the position and the earlier of: (A) The date when the panel on which the former member served submitted its report to the court, or (B) The date when the former member resigned from the panel.